UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVB FINANCIAL TRUST,<br><br>                    Plaintiff,<br><br>          v.<br><br>FIRST-CITIZENS BANK AND TRUST COMPANY,<br><br>                    Defendant. | Case No.  25-cv-02267-SK<br><br>**ORDER ON DISCOVERY DISPUTES**<br><br>Regarding Docket Nos. 66, 67, 68 |

Now before the Court are the discovery disputes filed by the parties on April 27, 2026, regarding Defendant First-Citizens Bank & Trust Company's production of prior purchase agreements on trademarks and branding and documents from its Chief Executive Officer, Frank Holding Jr.  First, the Court DENIES the request by Plaintiff SVB Financial Trust to obtain Defendant's prior purchase agreements concerning trademarks and branding.

Second, the Court GRANTS IN PART and DENIES IN PART the motion by Plaintiff SVB Financial Trust to obtain additional documents from Defendant's Chief Executive Officer Frank Holding, Jr.  The request by Plaintiff is GRANTED to the extent that Defendant must search his files using the same search terms, for the same time period, as for other custodians.  To the extent that Plaintiff seeks more from Holding, the request is DENIED.

The Court DENIES the motion to seal.

**IT IS SO ORDERED**.

Dated: May 5, 2026

_____

SALLIE KIM
United States Magistrate Judge