UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVB FINANCIAL TRUST,<br>Plaintiff,<br>v.<br>FIRST-CITIZENS BANK AND TRUST COMPANY,<br>Defendant. | Case No. 25-cv-02267-SK<br>**ORDER REGARDING PRIVILEGE**<br>Regarding Docket No. 108 |

The Court HEREBY AUTHORIZES the Federal Deposit Insurance Corporation ("FDIC") to file a letter brief of no more than five pages long by August 31, 2026, on its position regarding the attorney-client privilege issue raised in the parties' letter brief filed at Docket Number 108.

Defendant First-Citizens Bank & Trust Company is ORDERED to provide a copy of this Order and the letter brief (Dkt. No. 108) to the FDIC by August 18, 2026.

**IT IS SO ORDERED**.

Dated: August 13, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California